# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 281 EAL 2014
:
               Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
          v. :
:
:
:
JONATHAN T. MOORE, :
:
              Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 1st day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.